UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
: 
JUSSANA CUZCOCTECON and E.E.C. *an infant by* :
*her Mother and Natural Guardian,* JUSSANA :
CRUZCOCTECON, :
: 25-CV-00533 (JAV)
Plaintiffs, :
: ORDER
-v- :
: 
ELLI'S TRANSPORT CORP. and ELLIOT LLOYD, :
: 
Defendants. :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated February 25, 2025, ECF No. 5, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by April 9, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 14, 2025**.

      SO ORDERED.

Dated: April 11, 2025  
New York, New York

_____  
JEANNETTE A. VARGAS  
United States District Judge