UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUSSANA CUZCOCTECON and E.E.C. *an infant by her Mother and Natural Guardian*, JUSSANA CRUZCOCTECON,

                Plaintiffs,

      -v-

ELLI'S TRANSPORT CORP. and ELLIOT LLOYD,

                Defendants.
------------------------------------------------------------------X

25-CV-00533 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated April 11, 2025, Plaintiffs were required to file a status report by June 10, 2025. To date, Plaintiffs have not filed the status report. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 4, 2025.**

      SO ORDERED.

Dated: July 28, 2025
       New York, New York

                                                  JEANNETTE A. VARGAS
                                                  United States District Judge